# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RICHARD BRUNSMAN, JR.,

    Petitioner, : Case No. 1:11-cr-14

: Chief Judge Susan J. Dlott
   -vs-     Magistrate Judge Michael R. Merz

WARDEN, Mansfield Correctional :
Institution

    Respondent. :

## SUPPLEMENT TO ORDER FOR ANSWER

In this habeas corpus case filed under 28 U.S.C. § 2254, the Court issued on February 22, 2013, an Order for Answer to the Respondent Warden (Doc. No. 45). The Order requires that the Warden file the state court record before filing the Answer, thereby obtaining a distinctive PageID on each page of the filed state court record. The Order also requires that "[a]ll papers filed in the case thereafter, by either party, including the answer and the exhibit index, shall include record references to the PageID number." (Order, Doc. No. 45, PageID 408).

In order to ensure that the Petitioner is able to comply with this directive, the Order for Answer is hereby SUPPLEMENTED as follows: the copy of the state court record served by Respondent on the Petitioner shall include the PageID numbers.

March 25, 2013.

                                        s/ *Michael R. Merz*
                                      United States Magistrate Judge